UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DURHAM P.D., D. ROBINSON, ELAINE )<br>O'NEAL, WANDA PAGE, and DIANA )<br>SCHREIBER, )<br>)<br>)<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:23-CV-107-D-BM** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 3], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1].

**This Judgment Filed and Entered on March 15, 2023, and Copies To:**

Derrick Allen                                                            (via U.S. Mail)

DATE: March 15, 2023                              PETER A. MOORE, JR., CLERK

                                                                (By)  /s/ Stephanie Mann
                                                                Deputy Clerk